BLD-309                                                                          **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2654
_____

In re: CHARLES E. SMITH, Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to Civ. No. 1-17-cv-02339)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 13, 2018

Before:  RESTREPO, BIBAS and NYGAARD, <u>Circuit</u> <u>Judges</u>

(Opinion filed: September 21, 2018)
_____

OPINION[*]
_____

PER CURIAM

    Pro se petitioner Charles Smith has filed a petition for writ of mandamus

requesting that we direct the United States District Court for the Middle District of

Pennsylvania to rule on his 28 U.S.C. § 2241 petition.  However, on March 23, 2018—

months before Smith filed this mandamus petition—the District Court dismissed the

§ 2241 petition.  Smith thus has not shown an "injury in fact" that will likely "be

_____
[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

redressed by a favorable decision" from this Court, <u>Lujan v. Defs. of Wildlife</u>, 504 U.S. 555, 560–61 (1992) (quotation marks omitted), and we will therefore dismiss his petition for lack of jurisdiction.[1]

---

[1] Smith's motions to proceed in forma pauperis and to be relieved from filing his prison-account statement are granted.